UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | | |
|---|---|---|---|
| IN RE | ( ) | | |
| **Ismael Hector Torres** | ( ) | CASE NO | 04-61462 |
| **Edie D. Torres** | ( ) | | CHAPTER 13 |
| Debtors | ( ) | | |

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## FOR FAILURE TO CURE DEFAULT

1. On May 31, 2005, an Agreed Order Conditioning Automatic Stay was entered with the Court. The Debtor failed to comply with the terms of the Agreed Order and a default letter was sent to Debtor pursuant to paragraph 9 of the Order. Debtor failed to cure the default in accordance with the default letter.

2. In accordance with paragraph 9 of the Agreed Order, the automatic stay is terminated with respect to Michael Milligan.

Respectfully submitted,
Law Firm of Gary William Cunha, Esq.
510 N. Valley Mills, #304
Waco, Texas 76710
254-752-4279
fax 254-751-7288
TBC# 24007061

/S
Gary William Cunha
Attorney for Movant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2005, a true and correct copy of the foregoing was served via electronic means as listed on the Court's ECF Noticing System or by US mail on the following parties in interest:

Chapter 13 Trustee
Ray Hendren
101 E 9th Street Suite 1200
Austin TX 78701

Glynn Beaty
6801 Sanger #190
Waco, TX 76710

Ismael Hector Torres
Edie D. Torres
1727 Wilson Ave.
Waco, TX 76708

/S
Gary William Cunha