```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TEXAS/WACO DIVISION

IN RE: ISMAEL HECTOR TORRES and EDIE D. TORRES           CASE No.
       PO BOX 5941
                                                         04-61462
       WACO TX                  76708-0941

                         FINAL REPORT AND ACCOUNT
                                                    SS#1 - XXX-XX-4581
                                                    SS#2 - XXX-XX-1005

This Case was            The Plan was              The Case was
commenced on  Jul  2, 2004  confirmed on Feb 16, 2005  concluded on May 21, 2007

THIS CASE IS COMPLETED                            .
     Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.


RECEIPTS: Amount paid to the Trustee by or for the Debtor for  the  benefit of
          creditors.                                             $    7738.76
```

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| BILL L BADLEY | DIR.- PAY | 7422.73 | .00 | .00 | .00 |
| BILL L BADLEY | ARREARAGE | 800.00 | 800.00 | 43.36 | .00 |
| BRUCE & DIANNE SWANK | DIR.- PAY | .00 | .00 | .00 | .00 |
| CAPITAL ONE | NOT FILED | .00 | .00 | .00 | .00 |
| CAPITAL ONE | NOT FILED | .00 | .00 | .00 | .00 |
| CHILD SUPPORT ENFORCEMENT SV | DIR.- PAY | .00 | .00 | .00 | .00 |
| CONSUELO TORRES | NOT FILED | .00 | .00 | .00 | .00 |
| DIVERSIFIED COLLECTION | NOT FILED | .00 | .00 | .00 | .00 |
| FINANCIAL CORP OF AMERICA | NOT FILED | .00 | .00 | .00 | .00 |
| GARY WILLIAM CUNHA | NOT FILED | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 21.02 | 21.02 | .00 | .00 |
| LINEBARGER HEARD GOGGAN BLAI | NOT FILED | .00 | .00 | .00 | .00 |
| MCCREARY VESELKA BRAGG ALLEN | NOT FILED | .00 | .00 | .00 | .00 |
| MCLENNAN COUNTY TAX ASSESSOR | SECURED | 159.74 | 159.74 | 29.72 | .00 |
| MICHAEL D MILLIGAN | DIR.- PAY | 26431.94 | .00 | .00 | .00 |
| MICHAEL D MILLIGAN | ARREARAGE | 3660.89 | 3660.89 | 232.38 | .00 |
| OSI COLLECTION | NOT FILED | .00 | .00 | .00 | .00 |
| PDI MANAGEMENT | NOT FILED | .00 | .00 | .00 | .00 |
| PROVIDENCE HEALTH CENTER | NOT FILED | .00 | .00 | .00 | .00 |
| PROVIDENCE MEDICAL CLINIC | NOT FILED | .00 | .00 | .00 | .00 |
| PROVIDIAN FINANCIAL | NOT FILED | .00 | .00 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | NOT FILED | .00 | .00 | .00 | .00 |
| U S DEPT OF EDUCATION | DIR.- PAY | 9484.67 | .00 | .00 | .00 |
| WORLD FINANCE CORPORATION | DIR.- PAY | .00 | .00 | .00 | .00 |
| ISMAEL HECTOR TORRES | REFUND | 134.63 | 134.63 | | |

PAGE  1 - CONTINUED ON NEXT PAGE

IN RE: ISMAEL HECTOR TORRES and EDIE D. TORRES                CASE No.04-61462

SUMMARY OF CLAIMS ALLOWED AND PAID
```
-----------------------------------------------------------------------------
          SECURED    PRIORITY    GENERAL     LATE     SPECIAL    TOTAL
-----------------------------------------------------------------TOTAL PAID
AMT ALL. 38475.30      21.02     9484.67              134.63   50109.62 PRINCIPAL
PRIN PD   4620.63      21.02       .00                134.63    4776.28 AND INT.
INT PAID   305.46        .00       .00                            305.46   5081.74
-----------------------------------------------------------------------------
```

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
```
         DEBTOR'S ATTORNEY                  FEE ALLOWED      FEE PAID
JAMES C HERRING & ASSOCIATES                   1994.00        1994.00
```
-----------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

```
FILING FEE    ADDITIONAL CHARGES              TRUSTEE           OTHER
              ----------------------     -------------------
& DEPOSIT     1% OF      .25 EA CLAIM    EXP. & COMPENSATION    COST
             RECEIPTS     OVER 20              FUND
----------   --------   ------------     -------------------   --------
    .00                                   331.51/   331.51       .00     663.02
```
Approximated dividend to unsecured claims in this case was    .00 percent.

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

/s/ Ray Hendren
_____
RAY HENDREN CH13 TRUSTEE
8310 CAPITAL OF TX HWY N
SUITE 475
AUSTIN TX                                                      78731-0000

CC: US TRUSTEE
    903 SAN JACINTO STE 230

    AUSTIN TX                           78701-0000